# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | | |
|---|---|---|
| MAYONNA BIZZELL, INDIVIDUALLY, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF WILLETTA REAVES, AND AS NEXT FRIEND OF G. B., A MINOR, | § § § § § § | |
| Plaintiffs, | § § § | |
| v. | § § | CASE NO: 4:16CV376-JLH |
| TRANSPORT CORPORATION OF AMERICA, INC., and JIMMIE MARTIN "MARTY" HARPER, JR., | § § § § | |
| Defendants. | § § | |

## NOTICE OF SETTLEMENT

COME NOW Plaintiffs Mayonna Bizzell, Individually, and as Personal Representative of the Estate of Willetta Reaves, and as Next Friend of G. B., a minor, by and through their attorneys the Kelley Law Firm P.C., hereby submit the following NOTICE OF SETTLEMENT pursuant to Local Rule 41.1, and request ninety (90) days to obtain court approval and request dismissal.

Respectfully submitted,

_____
Kevin L. Kelley
Arkansas Bar No. 2010089
kelley@kelleyfirm.com
S. Tomiyo Stoner
Texas Bar No. 24103950 *(pro hac vice)*
stoner@kelleyfirm.com
**THE KELLEY LAW FIRM**
2614 Main Street

NOTICE OF SETTLEMENT

Dallas, Texas 75226
Tel.: (972) 850-0500
Fax: (972) 850-0400

John W. Walker
Arkansas Bar No. 64046
johnwalkeratty@aol.com
**JOHN W. WALKER, P.A.**
1723 South Broadway Street
Little Rock, Arkansas 72206
Tel.: (501) 374-3758

**ATTORNEYS FOR PLAINTIFFS**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on August 14, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

Kara Mikles - kara.mikles@mrmblaw.com, ruth.brown@mrmblaw.com
Bruce Munson - bruce.munson@mrmblaw.com, teresa.anderson@mrmblaw.com
MUNSON, ROWLETT, MOORE & BOONE, P.A.
1900 Regions Center
400 West Capitol Avenue
Little Rock, Arkansas 72201
Tel.: (501) 374-6535
Fax: (501) 374-5906

**ATTORNEYS FOR DEFENDANTS**

Kevin L. Kelley

NOTICE OF SETTLEMENT