IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MAYONNA BIZZELL, as Personal Representative                                    PLAINTIFF
of the Estate of Willetta Reaves and as
Next Friend of G.B., a minor

v.                                   No. 4:16CV376 JLH

TRANSPORT CORPORATION OF
AMERICA, INC.; and JIMMIE MARTIN
"MARTY" HARPER, JR.                                                            DEFENDANTS

## ORDER

Pursuant to the notice of settlement filed by the plaintiff, this case is stayed for a period of 90 days to give the plaintiff an opportunity to obtain approval of the settlement from the probate court.

IT IS SO ORDERED this 15th day of August, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE