IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| MAYONNA BIZZELL, INDIVIDUALLY, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF WILLETTA REAVES, AND AS NEXT FRIEND OF G. B., A MINOR, <br><br> Plaintiffs, <br><br> v. <br><br> TRANSPORT CORPORATION OF AMERICA, INC., and JIMMIE MARTIN "MARTY" HARPER, JR., <br><br> Defendants. | § § § § § § § § § § § § § § § § § | CASE NO: 4:16CV376-JLH |

## NOTICE OF VOLUNTARY DISMISSAL

COME NOW Plaintiffs Mayonna Bizzell, Individually, and as Personal Representative of the Estate of Willetta Reaves, and as Next Friend of G. B., a minor, by and through their attorneys the Kelley Law Firm P.C., hereby submit the following NOTICE OF VOLUNTARY DISMISSAL pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

Plaintiffs seek to voluntarily dismiss the entire case, with each party to bear its own costs and fees.

/ /

This dismissal is pursuant to a confidential settlement agreement executed by the parties and approved by the Pulaski County Probate Court.

Respectfully submitted,

/s/ Kevin L. Kelley

Kevin L. Kelley
Arkansas Bar No. 2010089
kelley@kelleyfirm.com
S. Tomiyo Stoner
Texas Bar No. 24103950 *(pro hac vice)*
stoner@kelleyfirm.com
**THE KELLEY LAW FIRM**
2614 Main Street
Dallas, Texas 75226
Tel.: (972) 850-0500
Fax: (972) 850-0400

John W. Walker
Arkansas Bar No. 64046
johnwalkeratty@aol.com
**JOHN W. WALKER, P.A.**
1723 South Broadway Street
Little Rock, Arkansas 72206
Tel.: (501) 374-3758

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

      I hereby certify that on November 17, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

Kara Mikles - kara.mikles@mrmblaw.com, ruth.brown@mrmblaw.com
Bruce Munson - bruce.munson@mrmblaw.com, teresa.anderson@mrmblaw.com
MUNSON, ROWLETT, MOORE & BOONE, P.A.
1900 Regions Center
400 West Capitol Avenue
Little Rock, Arkansas 72201
Tel.: (501) 374-6535
Fax: (501) 374-5906

                                              _____
                                              Kevin L. Kelley