IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MAYONNA BIZZELL, as Personal Representative                                             PLAINTIFF
of the Estate of Willetta Reaves and as
Next Friend of G.B., a minor

v.                                              No. 4:16CV376 JLH

TRANSPORT CORPORATION OF
AMERICA, INC.; and JIMMIE MARTIN
"MARTY" HARPER, JR.                                                                     DEFENDANTS

## ORDER

Pursuant to the plaintiff's notice of voluntary dismissal, this action is hereby dismissed with prejudice.

IT IS SO ORDERED this 20th day of November, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE